# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

RUBIK'S BRAND, LTD.,

    PLAINTIFF,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    DEFENDANTS.

CIVIL CASE NO.: 1:20-CV-07480

**FILED UNDER SEAL**

## SCHEDULE A TO COMPLAINT

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 1 | Shantou Chachi Toys Co., Ltd. | milagrotoys.en.alibaba.com/ |
| 2 | 3C 0fficial Store | www.aliexpress.com/store/3023019 |
| 3 | Aijiatiny factory Store | www.aliexpress.com/store/5037265 |
| 4 | Ali Buyer Store | www.aliexpress.com/store/5700015 |
| 5 | biarabul Store | www.aliexpress.com/store/5786272 |
| 6 | Biubiubiu Store | www.aliexpress.com/store/5121078 |
| 7 | Comfortable Baby Clothes Store | www.aliexpress.com/store/5007019 |
| 8 | Foden Store | www.aliexpress.com/store/5885147 |
| 9 | Go to Fitness Store | www.aliexpress.com/store/5887179 |
| 10 | Jun 3C Accessories Store | www.aliexpress.com/store/4039038 |
| 11 | Loving Baby House Store | www.aliexpress.com/store/4987091 |
| 12 | YOB GOOD Store | www.aliexpress.com/store/5057248 |
| 13 | Mijia TECH Store | www.aliexpress.com/store/3616109 |
| 14 | Mintiml dropship Store | www.aliexpress.com/store/5258017 |
| 15 | Mintiml HomeDecor Store | www.aliexpress.com/store/5784464 |
| 16 | Mintiml Living Store | www.aliexpress.com/store/5593156 |
| 17 | NCW Toy Store | www.aliexpress.com/store/1952941 |
| 18 | OceanBaby Toy Store | www.aliexpress.com/store/2178203 |
| 19 | One World One Dream Store | www.aliexpress.com/store/2347225 |
| 20 | Pudcoco Baby Clothes Store | www.aliexpress.com/store/4999009 |
| 21 | Pudcoco Babypick Store | www.aliexpress.com/store/5004089 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 22 | Shop3990021 Store | www.aliexpress.com/store/3990021 |
| 23 | Shop5605055 Store | www.aliexpress.com/store/5605055 |
| 24 | Shop5798525 Store | www.aliexpress.com/store/5798525 |
| 25 | Shop5883701 Store | www.aliexpress.com/store/5883701 |
| 26 | Shop900249185 Store | www.aliexpress.com/store/900249185 |
| 27 | Stylish Cozy Life Store | www.aliexpress.com/store/5062439 |
| 28 | XDYPTOYS Store | www.aliexpress.com/store/3629058 |
| 29 | Antsuccents | www.etsy.com/shop/Antsuccents |
| 30 | A&B Solutions Inc. | www.amazon.com/s?me=A3TKSGBI5K5JY |
| 31 | aomaidianzi | www.amazon.com/s?me=A17S25SKKZ3M6E |
| 32 | AROIC | www.amazon.com/s?me=A2H2FYMTIKMQI0 |
| 33 | CARRINGTONwila | www.amazon.com/s?me=A112LJSXEL2YW7 |
| 34 | CERYS RILEY | www.amazon.com/s?me=AE6C1BYE65NLI |
| 35 | cuihongbin11 | www.amazon.com/s?me=A3LVXVVZI71TGK |
| 36 | Daisy18 | www.amazon.com/s?me=A3OX0MDF4C0VZR |
| 37 | Dust-mask | www.amazon.com/s?me=A1D1GYU6GFX2PV |
| 38 | Elysia Store | www.amazon.com/s?me=A83ZUXQ84KU37 |
| 39 | Fang Qiu Trading Company | www.amazon.com/s?me=A13FJNPQAC0W5O |
| 40 | Fashion FlashStar | www.amazon.com/s?me=A1N6WFTDOM472P |
| 41 | Gaoshu | www.amazon.com/s?me=APUEN644RW8VR |
| 42 | HAICHEN TEC | www.amazon.com/s?me=A2KD2OWBAQSAYQ |
| 43 | hengyuanxing | www.amazon.com/s?me=A3K0KI3W16QDMT |
| 44 | hgnhgbn | www.amazon.com/s?me=A3UGZ5Y1LA8XOO |
| 45 | kunshanfengshi | www.amazon.com/s?me=A2J36ZDKBCI8EH |
| 46 | lasjunu | www.amazon.com/s?me=A2V6PWOCU9K2TJ |
| 47 | Monte | www.amazon.com/s?me=A3HS1BTWNTDCCT |
| 48 | MSDMSASD | www.amazon.com/s?me=A3GB153ML8NH2M |
| 49 | yuanxiangsheng | www.amazon.com/s?me=A2IARO4NJGAMKT |
| 50 | SCHLC | www.amazon.com/s?me=A2H3M3ASM6EG8V |
| 51 | SETSBO O-face Anime | www.amazon.com/s?me=A2T624HEB3RDM2 |
| 52 | ssssssssssssgvfgv | www.amazon.com/s?me=A208UQAS41WWLU |
| 53 | tanglongchao1993 | www.amazon.com/s?me=A3E7IAQ0REGWNR |
| 54 | YUANJIAN | www.amazon.com/s?me=A3TER162T8PS3O |
| 55 | eimmiss | www.bonanza.com/booths/eimmiss |
| 56 | DonatasS2 | www.bonanza.com/booths/DonatasS2 |
| 57 | topshop168 | www.ebay.com/usr/topshop168 |
| 58 | wangbiaoclothes | www.ebay.com/usr/wangbiaoclothes |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 59 | anmas888 | www.ebay.com/usr/anmas888 |
| 60 | wango31 | www.ebay.com/usr/wango31 |
| 61 | best.seller.s.a | www.ebay.com/usr/best.seller.s.a |
| 62 | bestitude | www.ebay.com/usr/bestitude |
| 63 | bigdream666 | www.ebay.com/usr/bigdream666 |
| 64 | billisagolf | www.ebay.com/usr/billisagolf |
| 65 | cjhb48uhsh | www.ebay.com/usr/cjhb48uhsh |
| 66 | wgiga | www.ebay.com/usr/wgiga |
| 67 | cool-stuff-store | www.ebay.com/usr/cool-stuff-store |
| 68 | crediblewitness | www.ebay.com/usr/crediblewitness |
| 69 | crowend47 | www.ebay.com/usr/crowend47 |
| 70 | cruinne | www.ebay.com/usr/cruinne |
| 71 | ydshipping | www.ebay.com/usr/ydshipping |
| 72 | dangggg | www.ebay.com/usr/dangggg |
| 73 | diwa_99 | www.ebay.com/usr/diwa_99 |
| 74 | dmt-store | www.ebay.com/usr/dmt-store |
| 75 | epic.store | www.ebay.com/usr/epic.store |
| 76 | ffulldiameter | www.ebay.com/usr/ffulldiameter |
| 77 | finge-97 | www.ebay.com/usr/finge-97 |
| 78 | flyme_tothesky | www.ebay.com/usr/flyme_tothesky |
| 79 | goldythestar | www.ebay.com/usr/goldythestar |
| 80 | hairart88 | www.ebay.com/usr/hairart88 |
| 81 | hotfocus14 | www.ebay.com/usr/hotfocus14 |
| 82 | householdus | www.ebay.com/usr/householdus |
| 83 | huaqianli_0 | www.ebay.com/usr/huaqianli_0 |
| 84 | jj294152023 | www.ebay.com/usr/jj294152023 |
| 85 | jodiaz10 | www.ebay.com/usr/jodiaz10 |
| 86 | li22xuling56972 | www.ebay.com/usr/li22xuling56972 |
| 87 | lingyuoua | www.ebay.com/usr/lingyuoua |
| 88 | litran49 | www.ebay.com/usr/litran49 |
| 89 | love_0913 | www.ebay.com/usr/love_0913 |
| 90 | ltui_7 | www.ebay.com/usr/ltui_7 |
| 91 | m*tree_shop | www.ebay.com/usr/m*tree_shop |
| 92 | medon2k | www.ebay.com/usr/medon2k |
| 93 | mriu4152 | www.ebay.com/usr/mriu4152 |
| 94 | niceday313 | www.ebay.com/usr/niceday313 |
| 95 | yeeeva0 | www.ebay.com/usr/yeeeva0 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 96 | yiweih21 | www.ebay.com/usr/yiweih21 |
| 97 | pac696 | www.ebay.com/usr/pac696 |
| 98 | pamake74 | www.ebay.com/usr/pamake74 |
| 99 | ranis989 | www.ebay.com/usr/ranis989 |
| 100 | romi20112012 | www.ebay.com/usr/romi20112012 |
| 101 | sansadul-0 | www.ebay.com/usr/sansadul-0 |
| 102 | shelljoy2019 | www.ebay.com/usr/shelljoy2019 |
| 103 | shirl3624 | www.ebay.com/usr/shirl3624 |
| 104 | shunqinche0 | www.ebay.com/usr/shunqinche0 |
| 105 | sint22 | www.ebay.com/usr/sint22 |
| 106 | store-best-new-trend | www.ebay.com/usr/store-best-new-trend |
| 107 | stymarket | www.ebay.com/usr/stymarket |
| 108 | sunny-life66 | www.ebay.com/usr/sunny-life66 |
| 109 | tbz_68 | www.ebay.com/usr/tbz_68 |
| 110 | thanyalotus | www.ebay.com/usr/thanyalotus |
| 111 | you9759 | www.ebay.com/usr/you9759 |
| 112 | yuahd40 | www.ebay.com/usr/yuahd40 |
| 113 | zhze52 | www.ebay.com/usr/zhze52 |
| 114 | ioodeal | http:ioodeal.ecrater.com |
| 115 | joma | joma.ecrater.com |
| 116 | leeccac | leeccac.ecrater.com |
| 117 | minigadget | minigadget.ecrater.com |
| 118 | tiantianlai | www.wish.com/merchant/554c39690688cf3d37f3c676 |
| 119 | Viluar | www.wish.com/merchant/5d4840ce70327a16c0f1c4e2 |
| 120 | w5tw5TT | www.wish.com/merchant/5dd4dd8aaf8da4a344ec9d53 |
| 121 | wewe1 | www.wish.com/merchant/5d8861f335b44923c52cf539 |
| 122 | wodexiedian | www.wish.com/merchant/5a09405d3eb22a6a4d798916 |
| 123 | wsygdrjh | www.wish.com/merchant/59b8e6a81262ab410965e64c |
| 124 | xiaoxiongna | www.wish.com/merchant/5b42ded8f643202258c8d88e |
| 125 | xiaphei001 | www.wish.com/merchant/5d78ca4b8c8dc779012aba13 |
| 126 | XT Johoson Store | www.wish.com/merchant/5899ca90809a764f4cb64c11 |
| 127 | xupeng1818 | www.wish.com/merchant/5938265ba7404413a6ecb5b9 |
| 128 | yiyann | www.wish.com/merchant/5a1fd038dc7a9177b28e0101 |
| 129 | YUEGUI1015 | www.wish.com/merchant/5d5bb17f283abc55024a405c |
| 130 | ZEEFA TECHNOLOGY INC | www.wish.com/merchant/5923fa34131a790a67d4cac5 |
| 131 | zhangfanghua698 | www.wish.com/merchant/5e770830ba7ff15ee14b4d85 |
| 132 | zhaofei1 | www.wish.com/merchant/58f5cee547b01a7f3e10eb9a |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 133 | zhedengke*jianchi99 | www.wish.com/merchant/5dcfadea4cc6670340425c98 |
| 134 | Zlly store | www.wish.com/merchant/5afe8b4dbdade41bc23ae420 |
| 135 | 0808.CAOanye.com | www.wish.com/merchant/5dd3d6ab88f1f302c07582de |
| 136 | 520giraffe0812LZT | www.wish.com/merchant/5dd393e64cc6677cb04359f7 |
| 137 | Anywaiy | www.wish.com/merchant/5d3c5290e13a7e2e90f35c96 |
| 138 | caiqimingfine | www.wish.com/merchant/5d59307427367845971776e6c |
| 139 | caiyuangungunniannihao | www.wish.com/merchant/5b35a2f165894d1dc4a8325c |
| 140 | CAOhuihui*LOVE*520 | www.wish.com/merchant/5dd4b9154cc6677c83459546 |
| 141 | CJ-chjing | www.wish.com/merchant/5dd4d532dd0c388000a7e684 |
| 142 | dreamking | www.wish.com/merchant/566a366381581726ad540591 |
| 143 | DwanrongSHOP | www.wish.com/merchant/5b286b7a7752c8404dc77dd8 |
| 144 | DWFGA | www.wish.com/merchant/5e6ef08c198a0318bbc944aa |
| 145 | Erica Chen | www.wish.com/merchant/540d1e257f086e6cb1c65778 |
| 146 | FgzdfdqW | www.wish.com/merchant/5dd396838c06ed68170265fd |
| 147 | gdhappylife | www.wish.com/merchant/5a2a4945dc7a9128d80e0230 |
| 148 | GFAN | www.wish.com/merchant/5aa914672635a7126b0f7b50 |
| 149 | givealike | www.wish.com/merchant/5a9d139947a0e75cdf8ab87e |
| 150 | guangdong.zhanglijuan/ | www.wish.com/merchant/5dce658356ea3e1e4067e55b |
| 151 | GuLiQing Store | www.wish.com/merchant/5d7324c0af968f57c6a02ed3 |
| 152 | GZProducts | www.wish.com/merchant/5a641897028bbd2d903a6499 |
| 153 | Happy girl shop | www.wish.com/merchant/583ebee7e88f6374c273f554 |
| 154 | hayday8 | www.wish.com/merchant/58cf788f712870505d44ef5c |
| 155 | hi, a small shop | www.wish.com/merchant/5dd7028288f1f30cae76ca2b |
| 156 | huatiancuo | www.wish.com/merchant/57ceec76e9926f3e8986d78a |
| 157 | jiaJYY | www.wish.com/merchant/5d57c2014dd91b69aa6a57b9 |
| 158 | jing-xu | www.wish.com/merchant/57c4ef3474e80a1c7f8614dd |
| 159 | KLCC Korea Global Online Store | www.wish.com/merchant/584933158108912ccb241111 |
| 160 | LIU*butterflies*TONG | www.wish.com/merchant/5dd63d26af8da4aaabeb2a12 |
| 161 | liuankang6092 | www.wish.com/merchant/5e7999f0a7072007826a1d85 |
| 162 | liuqiaoshoping | www.wish.com/merchant/59031039a8e3eb4acb774989 |
| 163 | LIUQING66666 | www.wish.com/merchant/5d60f36b07cc8d32c4fcce3c |
| 164 | liwenwen147253 | www.wish.com/merchant/5e70d17129e78679009972d4 |
| 165 | MIKU Store | www.wish.com/merchant/5942374663efc61258ddc196 |
| 166 | msoore ahdelaide shop | www.wish.com/merchant/5b76385bbcd5f71d0950dbe9 |
| 167 | now here shop | www.wish.com/merchant/5d57c2014dd91b69aa6a57b9 |
| 168 | ois250FS | www.wish.com/merchant/5dd67c9457660703e1f9e209 |

| No. | Defendant / Seller Alias | Marketplace URL |
|---|---|---|
| 169 | Pan2017 store | www.wish.com/merchant/58d4916b5487d8571fd60de3 |
| 170 | qinqinqin li | www.wish.com/merchant/5b45e50de4b3fb62c787c1a5 |
| 171 | rwzttfc | www.wish.com/merchant/5a950afe1843543a294ab8c9 |
| 172 | sdayuifg | www.wish.com/merchant/5e7c3ec6922b320c42e76f41 |
| 173 | shan ji zhe world | www.wish.com/merchant/5b42dd91d9b2a4735574af28 |
| 174 | SHENZHEN ZHONGCHENG CO. LTD. | www.wish.com/merchant/58f9d77291a95f6646b04049 |
| 175 | SorkingDirect | www.wish.com/merchant/59a91c6015da070d4e11600f |
| 176 | Tesco Cloud | www.wish.com/merchant/58a9526b122bea50595a6c9c |